# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:19-MJ-021-DCK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> INFORMATION WITH TAYLOR ) <br> BEHAVIORAL HEALTH CENTER THAT ) <br> IS STORED AT PREMISES CONTROLLED ) <br> BY PRACTICE FUSION ) <br> _____ ) | **Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Practice Fusion, an electronic communication service provider and/or a remote computing service, not to notify any persons, including the subscribers and/or customers of the accounts listed in the Search Warrant, Attachments, and Affidavit of Special Agent David M. Yu, authorized and entered by this Court on January 24, 2019 (collectively referred to herein as the "Search Warrant") for a period not to exceed one year from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the Search Warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

**IT IS THEREFORE ORDERED** under 18 U.S.C. § 2705(b) that Practice Fusion shall not disclose the existence of the Search Warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of not more than one year from the date of this Order except that Practice Fusion may disclose the Search Warrant to an attorney for Practice Fusion for the purpose of receiving legal advice.

**IT IS FURTHER ORDERED** that the application and this Order are sealed until otherwise ordered by the Court.

Signed: February 4, 2019

*[signature]*

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.